UNITED STATES ex rel. Louis BUCHALTER, Appellant, v. Leo LOWENTHAL, Marshal, Appellee.

No. 226.

Circuit Court of Appeals, Second Circuit.

Jan. 10, 1940.

Fred D. Kaplan, of New York City, for appellant.

John T. Cahill and Stanley H. Fuld, both of New York City, for appellee.

Before L. HAND, CHASE, and CLARK, Circuit Judges.

PER CURIAM.

Order affirmed on the opinion in the foregoing case denying a motion for a stay. 2 Cir., 108 F.2d 863.